UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6359

MARK ALLEN WYNN,

Plaintiff - Appellant,

versus

CORRECTIONAL OFFICER MUNDO; NORTH CAROLINA
DEPARTMENT OF CORRECTIONS; ALBEMARLE
CORRECTIONAL INSTITUTION; CORRECTIONAL
OFFICER HONBARRIER; CORRECTIONAL OFFICER
BRUTON; CORRECTIONAL OFFICER SMITH;
CORRECTIONAL OFFICER CAVINESS; CORRECTIONAL
OFFICER EUDY; SERGEANT CHESTNUT; SERGEANT
PORTER; LIEUTENANT FLETCHER,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District to North Carolina, at Greensboro. Frank W. Bullock, Jr.,
District Judge. (CA-04-365-FWB)

Submitted: August 25, 2005          Decided: September 1, 2005

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark Allen Wynn, Appellant Pro Se.  Elizabeth F. Parsons, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark Allen Wynn appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wynn v. Correctional Officer Mundo, No. CA-04-365-FWB (M.D.N.C. Feb. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Wynn's motion for appointment of counsel is denied.

AFFIRMED